IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM CONSIGLIO,

        Plaintiff,                  No. CIV S-05-1701 GEB GGH P

    vs.

JEANNE WOODFORD, Director of
the California Department of Corrections,

        Defendant.

_____/      <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).  This case was transferred from the Northern District and filed in this court on August 24, 2005.

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $250.00 for this action.  28 U.S.C. §§ 1914(a), 1915(b)(1).  Plaintiff has been without funds for six months and is currently without funds.  Accordingly, the court will not assess an initial partial filing fee.  28 U.S.C.

1

1 § 1915(b)(1). Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments shall be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against defendant Jeanne Woodford. If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

Plaintiff has subsequently requested the court to include additional defendants but has not filed an amended complaint. Under Local Rule 15-220, plaintiff must include any changes, additions, supplement or amendments to his initial pleading in one pleading. Pursuant to Fed. R. Civ. P. 15(a), plaintiff is allowed to amend his or her pleading "once as a matter of course at any time before a responsive pleading is served." Therefore, plaintiff may file, within 30 days, an amended complaint naming additional defendants which the court will screen, pursuant to 28 U.S.C. § 1915A(a).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action. The fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections filed concurrently herewith.

3. Service is appropriate for the following defendant: Jeanne Woodford.

4. The Clerk of the Court shall send plaintiff one (1) USM-285 form, one summons, an instruction sheet and a copy of the complaint filed August 24, 2005.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

      b. One completed summons;

      c. One completed USM-285 form for each defendant listed in number 3 above; and

      d. Two (2) copies of the endorsed complaint filed August 24, 2005.

6. Should plaintiff choose to file an amended complaint naming additional defendants or otherwise supplementing his original complaint, he must do so within 30 days of this order.

7. Should plaintiff decide to proceed on the original complaint, he need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: September 2, 2005

      /s/ Gregory G Hollows

      UNITED STATES MAGISTRATE JUDGE

GGH:009
cons1701.1+

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM CONSIGLIO,

      Plaintiff,                No. CIV S-05-1701 GEB GGH P

      vs.

JEANNE WOODFORD, Director of
the California Department of Corrections,    NOTICE OF SUBMISSION

      Defendants.               OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__      completed summons form

    __1__      completed USM-285 forms

    __2__      copies of the __August 24, 2005__
                          Complaint

DATED:

                                            _____
                                            Plaintiff