IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM CONSIGLIO,

    Plaintiff,                                                      No. CIV S-05-1701 GEB GGH P

    vs.

JEANNE WOODFORD, Director of
the California Department of Corrections,

    Defendants.                                     ORDER

/

          The court, by separate order, has found plaintiff's complaint, filed in this court on August 24, 2005, appropriate for service. In a letter filed on September 1, 2005, which the court construes as a motion for a temporary restraining order, plaintiff threatens to commit suicide should an anticipated immediate transfer from Mule Creek State Prison occur before he receives treatment for painful injuries from which he claims to be suffering. Plaintiff does not include any exhibit with his letter in support of his contention that any transfer is imminent nor any documentation that clarifies his medical condition. Plaintiff's plea has an element of desperation, which while it may turn out to be manipulative and histrionic, the court does not feel at liberty to avoid giving prompt consideration.

          In his complaint, plaintiff alleges that he has suffered three separate injuries to his knee, back and shoulder, beginning in January 2000 while at work in the prison laundry for

1

which he has never received treatment and from which he continues to suffer excruciating pain. Plaintiff alleges that he is subjected to prison transfers deliberately so that adequate medical treatment for his injuries can be avoided. In his subsequent letter, as noted, plaintiff states that he will commit suicide rather than undergo another prison transfer without having been appropriately medically treated.

Accordingly, IT IS ORDERED that:

1. Defendant has ten (10) days to respond to plaintiff's request for immediate injunctive relief. The court intends to act on the request within two weeks. There will be no extension of time granted for defendant's response.

2. The Attorney General and defendant must take any steps necessary to contact prison authorities and staff at Mule Creek State Prison to monitor plaintiff in light of his suicide threat.

3. The Clerk of the Court is directed to send a copy of the original complaint, a copy of plaintiff's letter filed on September 1, 2005 and a copy of this order upon Constance L. Picciano, Supervising Deputy Attorney General.

4. In addition, the Clerk of the Court is directed to mail a copy of the original complaint, a copy of plaintiff's letter filed on September 1, 2005 and a copy of this order to defendant Jeanne Woodford, 1515 S Street, Suite 502 South, Sacramento, CA 95814.

DATED: September 2, 2005

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
cons1701.ord

2