IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM CONSIGLIO,

    Plaintiff,                    No. CIV S-05-1701 GEB GGH P

    vs.

JEANNE WOODFORD, Director of
the California Department of Corrections,
et al.,                                    ORDER

    Defendants.

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has requested the appointment of counsel. The court has determined that this case may be appropriate for appointment of counsel.

        The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, (1989). In certain exceptional circumstances, however, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015 (9th Cir. 1990); <u>Wood v. Housewright</u>, 900 F.2d 1332 (9th Cir. 1990). In this case the court is not sure whether those exceptional circumstances exist or not. Therefore,

1  this court will refer this case to the civil rights panel in this district for review.

2          Plaintiff is cautioned while the case is under review, he has responsibility to
3  continue to prosecute this action.  The court is not staying the litigation pending the review;
4  rather the review and continued processing of this case will take place at the same time.  No
5  scheduled dates in this litigation have been vacated.  Also, it may ultimately turn out that
6  volunteer counsel may not be procurable for plaintiff's case.

7          Accordingly, IT IS HEREBY ORDERED that:

8          1. The Clerk of the Court is directed to copy the contents of the file and
9  forward it to the University of California, King Hall Civil Rights Clinic; and

10         2. The Civil Rights Clinic shall inform the court of their decision within 30 days.

11 DATED:  9/20/05

13         /s/ Gregory G. Hollows

14         GREGORY G. HOLLOWS
        UNITED STATES MAGISTRATE JUDGE

15 GGH:009
cons1701.crc