1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SAM CONSIGLIO,

11              Plaintiff,                    No. CIV S-05-1701 GEB GGH P

12        vs.

13   JEANNE WOODFORD, Director of
     the California Department of Corrections,
14   et al.,

15              Defendants.

16   _____/              ORDER

17              Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief

18   pursuant to 42 U.S.C. § 1983.  By order filed on September 2, 2005, the court found plaintiff's

19   claims against defendant Woodford colorable in his original complaint and informed plaintiff

20   who had, subsequent to the filing of the original complaint, sought leave to include additional

21   defendants, that he had 30 days to file an amended complaint, which could be filed pursuant to

22   Fed. Civ. P. 15(a).  Plaintiff has filed four copies of the amended complaint (an original and three

23   copies) along with a summons and a completed USM-285 form for defendant Woodford.

24              The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C.

25   § 1983 and 28 U.S.C. § 1915A(b) against defendants Jeanne Woodford, R. Hernandez, D.

26   Arnold, K. Reyes, J. Marshall, R. Campbell, C. Smith, Brett Williams, Bradley Williams.

                                          1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  The Clerk of the Court is directed to file the first amended complaint as of

3    September 13, 2005, nunc pro tunc;

4    2.  Service is appropriate for the following defendants: Jeanne Woodford; R.

5    Hernandez, D. Arnold, K. Reyes, J. Marshall, R. Campbell, C. Smith, Brett Williams, Bradley

6    Williams;

7    3.  The Clerk of the Court shall send plaintiff eight (8) additional USM-285

8    forms,[1] an instruction sheet and a copy of the amended complaint filed September 13, 2005.

9    4.  Within thirty days from the date of this order, plaintiff shall complete the

10   attached Notice of Submission of Documents and submit the following documents to the court:

11   a.  The completed Notice of Submission of Documents;

12   b.  Eight completed USM-285 forms for each defendant listed in number 2

13   above; and

14   c.  Six (6) copies of the endorsed amended complaint filed September 13,

15   2005.[2]

16   5.  Upon receipt of the above-described documents, the court will direct the

17   United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil

18   Procedure 4 without payment of costs.

19   DATED: 9/20/05                                    /s/ Gregory G. Hollows

20                                                     _____
                                                       UNITED STATES MAGISTRATE JUDGE

21   GGH:009
     cons1701.fac

22

23   _____

24   [1] Because plaintiff has already filled out a USM-285 form for defendant Woodford,
     pursuant to the court's order filed on September 2, 2005, he need not do so again for this
     defendant.

25

26   [2] Plaintiff has already filed four copies of the amended complaint, so he need file only six
     more copies.  Plaintiff has also filed a summons.

1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SAM CONSIGLIO,

11          Plaintiff,                        No. CIV S-05-1701 GEB GGH P

12      vs.

13   JEANNE WOODFORD, Director of
     the California Department of Corrections,        NOTICE OF SUBMISSION

14
            Defendants.                               OF DOCUMENTS

15   _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18          ___0___      completed summons form[3]

19          ___8___      additional completed USM-285 forms

20          ___6___      additional copies of the  September 13, 2005
                                                   Amended Complaint
21   DATED:

22

23

24                                             _____
                                               Plaintiff
25

26   _____
         [3] One has already been submitted.