IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM CONSIGLIO,

     Plaintiff,                    2:05-cv--1701-GEB-GGH-P

   vs.

JEANNE WOODFORD, et al.,

     Defendants.            <u>ORDER</u>

_____/

     Plaintiff has filed objections to this court's September 30, 2005 order, denying plaintiff's request for a TRO prohibiting his transfer from Mule Creek State Prison pending adjudication of a motion for preliminary injunction. The court construes the objections as a request for reconsideration of that order. Upon review of the request, the court finds it to be without merit.

1       Accordingly, IT IS ORDERED that, upon reconsideration,
2  this court's order of September 30, 2005 is affirmed.
3  DATED: October 13, 2005

4                                   /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
5                                   United States District Judge