1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10  SAM CONSIGLIO,
11          Plaintiff,                    No. CIV S-05-1701 GEB GGH P
12      vs.
13  JEANNE WOODFORD, Director of
    the California Department of Corrections,
14
              Defendants.          ORDER
15  _____/
16          The court, by separate order, has directed service of process upon defendants of
17  plaintiff's first amended complaint. To avoid confusion the court will order the first amended
18  complaint filed on September 21, 2005, docket entry # 23, stricken from the record because it is
19  duplicative. The operative first amended complaint, docket entry # 21, was filed, nunc pro tunc,
20  on September 13, 2005.
21          Accordingly, IT IS ORDERED that:
22          1. The Clerk of the Court is directed to strike the duplicative first amended
23  complaint, filed on September 21, 2005, docket entry # 23, from the record; the Clerk is also
24  directed to retain the last page of that filing, docket entry # 23, a handwritten letter from plaintiff
25  to the court, dated 9/19/05, as a separate docket entry;
26  \\\\\

1

2. The operative first amended complaint was filed, nunc pro tunc, on September 13, 2005, docket entry # 21.

DATED: 10/19/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
cons1701.ord2