IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM CONSIGLIO,

    Plaintiff,　　　　　　　　　　　No. CIV S-05-1701 GEB GGH P

    vs.

JEANNE WOODFORD, Director
of the California Department of
Corrections, et al.,

    Defendants.　　　　　　　　　　ORDER

_____/

    Plaintiff has requested an extension of time to file objections to the October 27, 2005 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's November 1, 2005 request for an extension of time is granted; and

    2. Plaintiff is granted until November 28, 2005 to file objections to the October 27, 2005 findings and recommendations.

DATED: 11/8/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
cons1701.36