IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM CONSIGLIO,

    Plaintiff,                    No. CIV S-05-1701 GEB GGH P

    vs.

JEANNE WOODFORD, Director of
the California Department of Corrections,

    Defendant.                <u>ORDER</u>

        On November 17, 2005, defendant Woodford filed what were termed "objections" to the undersigned's <u>Findings and Recommendations</u> in which defendant took issue with aspects of what was actually the <u>Order</u> portion of the court's October 27, 2005 filing. In that order, defendants were directed to provide a declaration or affidavit and status report regarding the transfer of plaintiff, within sixty days of any such transfer, with failure to comply resulting in the imposition of sanctions against defendants.

        The filing will be construed as a request for modification and clarification of the order directed to the magistrate judge. This court finds defendant's point well-taken that the order should be directed solely to defendant Woodford, rather than to the other defendants (who are unserved and have yet to make an appearance in this matter), and hereby modifies the order to signify that upon plaintiff's transfer from MCSP to SVSP, if that occurs, defendant Woodford,

1

1  rather than any other defendant, must file a declaration and status report as set forth in the Order.

2  Moreover, the court also clarifies that the sixty-day time period for filing by the defendant of the

3  requisite declaration and status report is to commence the day after the physical transfer of

4  plaintiff from MCSP to SVSP has been effected.  With those modifications, the October 27, 2005

5  order remains in effect.

6         IT IS SO ORDERED.

7  DATED: 11/29/05

8

9                             /s/ Gregory G. Hollows

10                            GREGORY G. HOLLOWS
                          UNITED STATES MAGISTRATE JUDGE

11

GGH:009

12  cons1701.mod

13

14

15

16

17

18

19

20

21

22

23

24

25

26