IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM CONSIGLIO,

     Plaintiff,                        No. CIV S-05-1701 GEB GGH P

     vs.

JEANNE WOODFORD, Director of
the California Department of Corrections,
et al.,

     Defendants.               <u>ORDER</u>,

_____/

        Plaintiff is a state prisoner proceeding pro se seeking relief pursuant to 42 U.S.C. § 1983. On December 13, 2005, plaintiff filed a letter, containing, inter alia, various allegations wherein he states his belief that his life is to be placed in immediate jeopardy. The court now directs the December 13, 2005 letter (docket entry # 60) to the attention of the Attorney General and defendant Woodford, who must take any steps necessary to ascertain whether plaintiff's allegations are credible and to assure plaintiff's safety.

        IT IS SO ORDERED.

DATED: 12/19/05                    /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

GGH:009/cons1701.ord3