IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM CONSIGLIO,

     Plaintiff,                   2:05-cv-1701-GEB-GGH-P

  vs.

JEANNE WOODFORD, Director of the California Department of Corrections,

     Defendant.              ORDER
_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On October 27, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed

1

within twenty days. Plaintiff was granted an extension of time to file objections to the findings and recommendations, and has done so.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 27, 2005 are adopted in full;

2. Plaintiff's October 3, 2005 "motion for permanent or temporary injunction . . .," construed as a motion for preliminary injunction, is denied.

Dated: December 20, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Plaintiff also purports to bring a motion for reconsideration but such a motion is inapposite in the context of findings and recommendations, and will be construed as part of his objections. Although defendant purported to have filed objections to the findings and recommendations, the filing was actually directed to the order portion of the court's October 27, 2005 filing and the magistrate judge has issued a modification of the order pursuant to defendant's request.

2