IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM CONSIGLIO,

    Plaintiff,                    No. CIV S-05-1701 GEB GGH P

    vs.

JEANNE WOODFORD, Director of
the California Department of Corrections
    Defendants.               <u>ORDER</u>

          /

        On December 21, 2005, plaintiff filed a document entitled "informal motion for reconsideration based on new evidence." The court asks the undersigned to re-visit his recommendation of denial of plaintiff's October 3, 2005 motion for preliminary injunctive relief, based on what he describes as new evidence. Plaintiff previously filed timely objections to the October 27, 2005 Findings and Recommendations. This latest request, which the court construes as supplemental objections, must be denied as untimely. Should plaintiff seek reconsideration of the judge's order, filed the same day as plaintiff's request herein was made, on December 21, 2006, wherein the 10/27/05 Findings and Recommendations were adopted, he must do so timely.

        IT IS SO ORDERED.

DATED: 1/4/06                            /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

ggh:009/cons1701.dny