IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM CONSIGLIO,

    Plaintiff,                    No. CIV S-05-1701 GEB GGH P

    vs.

JEANNE WOODFORD, Director of
the California Department of Corrections,
et al.,                                  <u>ORDER</u>

    Defendants.

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed on September 20, 2005, this court determined that this case may be appropriate for appointment of counsel and directed King Hall Civil Rights Clinic to review the case file and inform the court of their decision within 30 days as to whether they find the requisite exceptional circumstances and, if so, whether or not they will provide counsel for plaintiff. The clinic has not filed any response and the time for doing so has expired.

        Accordingly, IT IS ORDERED that:

        1. Plaintiff must proceed in this action pro se as it appears volunteer counsel is

1

1  not obtainable in this action; and

2     2. The Clerk of the Court is directed to serve a copy of this order upon Carter

3  White at King Hall Civil Rights Clinic.

4  DATED:   1/4/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
cons1701.prc