IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SAM CONSIGLIO, | NO. CIV-S-05-1701 GEB GGH P |
| Plaintiff, | ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING |
| vs. | |
| JEANNE WOODFORD, et al., | |
| Defendants. | |

Defendant BRADLEY D. WILLIAMS, M.D., PH.D.'s first request for extension of time to file a responsive pleading to plaintiff's Amended Complaint was considered by this Court, and good cause appearing,

**IT IS HEREBY ORDERED** that defendant is granted 30 days, to and including January 26, 2006, to file their response to plaintiff's Amended Complaint.

DATED: 1/6/06

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

cons1701.po