IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM CONSIGLIO,

    Plaintiff,                    No. CIV S-05-1701 GEB GGH P

    vs.

JEANNE WOODFORD, Director of
the California Department of Corrections,

    Defendant.                ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On October 20, 2005, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant J. Marshall was returned unserved because "not enough information to locate." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed September 13, 2005;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant J. Marshall;

    b. Two copies of the endorsed amended complaint filed September 13, 2005; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: 1/12/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
cons1701.8e

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM CONSIGLIO,

     Plaintiff,

vs.

JEANNE WOODFORD, Director of the California Department of Corrections,

     Defendant.

No. CIV S-05-1701 GEB GGH P

NOTICE OF SUBMISSION OF DOCUMENTS

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     __1__    completed summons form

     __1__    completed USM-285 forms

     __2__    copies of the __September 13, 2005__ Amended Complaint

DATED:

     _____
     Plaintiff