IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM CONSIGLIO,

    Plaintiff,                        No. CIV S-05-1701 GEB GGH P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.                     <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time until March 3, 2006 to file and serve an opposition to the defendants' January 26, 2006 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 3, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted until March 3, 2006 in which to file and serve an opposition to the defendants' January 26, 2006 motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: 2/16/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
cons1701.36