IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SAM CONSIGLIO,**<br><br>                              Plaintiff,<br><br>           v.<br><br>**JEANNE WOODFORD,**<br><br>                              Defendant. | 2:05-cv-01701-GEB-GGH (PC)<br><br>**ORDER** |

GOOD CAUSE appearing, Defendants' motion for an extension of time to file dispositive motions, including motions for summary judgment, is hereby GRANTED. The May 4, 2007, deadline for the filing of pretrial motions is vacated from the scheduling order, filed on November 29, 2006. All parties will have up to, and including, May 31, 2007, to file and serve dispositive, pretrial motions.

IT IS SO ORDERED.

Dated: 4/23/07

                              /s/ Gregory G. Hollows
                              U.S. Magistrate Judge

cons1701.po

1