IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SAM CONSIGLIO,** | 2:05-cv-01701-GEB-GGH (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **JEANNE WOODFORD,** | |
| Defendant. | |

GOOD CAUSE appearing, Defendants' motion for a second extension of time to file dispositive motions, including motions for summary judgment, is hereby GRANTED. All parties will have up to, and including, June 15, 2007 to file and serve dispositive, pre-trial motions.

IT IS SO ORDERED.

Dated: 6/11/07

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

cons1701.po2

[Proposed] Order

1