IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAM CONSIGLIO,

    Plaintiff,                      No. CIV S-05-1701 GEB GGH P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.                   <u>ORDER</u>

_____/

        Plaintiff has requested additional time to file his oppositions to the defendants' summary judgment motions filed on June 13, 2007 and June 15, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 22, 2007 request for an extension of time is granted; and

        2. Plaintiff shall file his oppositions to the defendants' summary judgment motions filed on June 13, 2007 and June 15, 2007 on or before August 13, 2007.  Defendants' reply, if any, shall be filed seven days thereafter.

DATED: 7/2/07

                                    /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH/bb
cons1701.36