1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | MONICA N. ANDERSON
Supervising Deputy Attorney General
5 | STANTON W. LEE, State Bar No. 203563
Deputy Attorney General
6 |  1300 I Street, Suite 125
 P.O. Box 944255
7 |  Sacramento, CA 94244-2550
 Telephone: (916) 445-9921
8 |  Fax: (916) 324-5205
 Email: stanton.lee@doj.ca.gov

Attorneys for Defendants Arnold, Reyes, Marshall,
Hernandez, Campbell, Smith, Williams, and Tilton

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**SAM CONSIGLIO,**

Plaintiff,

v.

**JEANNE WOODFORD,**

Defendant.

2:05-cv-01701-GEB-GGH (PC)

**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**

Sam Consiglio (CDCR No. H-35969), plaintiff in pro se stipulates to dismiss with prejudice all his claims against defendants Arnold, Reyes, Marshall, Hernandez, Campbell, Smith, Brett Williams, and Tilton only, in the Eastern District Court matter of *Consiglio v. Woodford* (Case No. 05-cv-01701). In exchange for the dismissal with prejudice, Defendants agree to pay $200.00 to Tom Sieffert as a reimbursement of court filing costs Mr. Sieffert paid on behalf of Mr. Consiglio in this matter. Mr. Consiglio will provide Defendants with a working address and phone number for Mr. Sieffert in order for Defendants to arrange payment.

STIPULATION OF DISMISSAL

1

Under California Penal Code § 2085.5(j), the $200.00 settlement represents a reimbursement of litigation costs and is not subject to restitution fines. A copy of this case's civil docket is attached as Exhibit A. Mr. Sieffert's payment of litigation costs on behalf of Mr. Consiglio are reflected on February 21, 2006 and February 27, 2006.

By entering into this stipulation Defendants do not admit to liability or any of the allegations in the complaint.

This stipulation is subject to Court approval.

There are no other terms or agreements to this settlement other than those stated above.

Date: ___07/12/07_____         _____/s/ Sam Consiglio_____
                                 Sam Consiglio,
                                 Plaintiff in pro se


Date: ___07/20/07_____         _____/s/ Stanton W. Lee_____
                                 Stanton W. Lee,
                                 Attorney for Defendants, Arnold, Reyes,
                                 Marshall, Hernandez, Campbell, Smith,
                                 Brett Williams, and Tilton


**ORDER**

Based on the stipulation between Plaintiff and Defendant Arnold, Reyes, Marshall, Hernandez, Campbell, Smith, Brett Williams, and Tilton, and pursuant to Fed. R. Civ. P. 41(a), Plaintiff's lawsuit with prejudice against these Defendants, is dismissed with prejudice.


Date: 7/25/07                    /s/ Gregory G. Hollows
                                 _____
                                 The Honorable Gregory G. Hollows

cons1701.stp.wpd
SA2005301142

STIPULATION OF DISMISSAL

2