1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SAM CONSIGLIO,

11            Plaintiff,                        2:05-cv-1701-GEB-GGH-P

12        vs.

13   JEANNE WOODFORD, et al.,

14            Defendants.              <u>ORDER</u>

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19            On June 5, 2007, the magistrate judge filed findings and recommendations herein

20   which were served on all parties and which contained notice to all parties that any objections to

21   the findings and recommendations were to be filed within twenty days.  Neither party has filed

22   objections to the findings and recommendations.

23            The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

                                               1

1.  The findings and recommendations filed June 5, 2007, are adopted in full; and

2.  Defendant Bradley Williams' motion to dismiss, filed on September 13, 2006, is denied.

Dated:  August 10, 2007

GARLAND E. BURRELL, JR.
United States District Judge

2